UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH A. BULUT,<br><br>*Plaintiff,*<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>*Defendants.* | Civil Action No. 18-9303<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 1st day of May, 2019,

**ORDERED** that the motion to dismiss Plaintiff's Complaint, D.E. 1, filed by Defendants JP Morgan Chase Bank, N.A.; Visa USA, Inc.; and Visa, Inc., D.E. 9, is **GRANTED**; and it is further

**ORDERED** that the Complaint, D.E. 1, is dismissed in its entirety. Dismissal is without prejudice and Plaintiff is granted leave to file an Amended Complaint. Plaintiff has thirty (30) days to file an Amended Complaint, if she so chooses, consistent with the accompanying Opinion. If Plaintiff fails to file an Amended Complaint within thirty days, the dismissal will be with prejudice.

John Michael Vazquez, U.S.D.J.