UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH A. BULUT,<br><br>    **Plaintiff,**<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., *et al.*,<br><br>    **Defendants.** | Civil Action No. 18-9303 (JMV)<br><br><br><br><br><u>**ORDER**</u> |

**IT IS** on this 11th day of July 2019,

**ORDERED** that, there shall be an **IN-PERSON** hearing regarding Plaintiffs' counsel's motion to withdraw as counsel before the Undersigned on **July 23, 2019, at 10:00 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Courtroom 9, Newark, New Jersey; and it is further

**ORDERED** that, in addition to counsel, the named Plaintiff, Sarah Bulut, is required to attend the hearing **IN-PERSON**. Any failure to appear may result in the imposition of the full range of available sanctions, including dismissal of the case with prejudice. *See* Fed. R. Civ. P. 16(f), 37; and it is further

**ORDERED** that, Plaintiff's current counsel, Stark & Stark, PC, is required to <u>serve</u> a copy of this Order on Ms. Bulut by regular and overnight mail and file proof of service on the docket. Service shall be effected within 2 business days.

                s/Mark Falk_____
                **MARK FALK**
                **United States Magistrate Judge**