# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH A. BULUT,<br><br>　　　　Plaintiff,<br>v.<br><br>JP MORGAN CHASE BANK, N.A., VISA, INC., and VISA USA, INC.,<br><br>　　　　Defendants. | Case No. 2:18-cv-09303-JMV-MF |

### ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS AMENDED COMPLAINT

THIS MATTER having come before the Court on the motion (CM/ECF No. 39) of Defendants for an Order extending Defendants' time to file their motion to dismiss the amended complaint; and Plaintiff having consented to the extension; and for good cause shown,

IT IS on this 1st day of August, 2019, ORDERED that the motion for an extension of time is GRANTED. Defendants shall answer or file a motion to dismiss the amended complaint by September 13, 2019. Defendants' application for an extension appearing at entry no. 41 is denied as moot.

*/s/ Mark Falk*
Mark Falk, U.S.M.J.