May 26, 2020

Sarah A. Bulut
38 Ward Street
Clifton, NJ 07011
Email: bulut.sarah@gmail.com
Phone: 646.641.3028

Honorable Judge John Michael Vazquez
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Via Electronic file: ecfhelp@njd.uscourts.gov

**Case Name:** BULUT v. J.P. MORGAN CHASE BANK, N.A. et al
**Case Number:** 2:18-CV-09303-JMV-MF

Dear Honorable Judge Vazquez,

I am respectfully requesting my case to be withdrawn without prejudice permitting me to pursue my claims with the benefit of an attorney in a potential class action waiting to be certified, pending in the Southern District of New York. Please note that in this law suit, I will be represented on a contingency basis.

My second amended complaint has been filed. I was able to afford a paralegal to assist me with the Complaint.

Respectfully submitted,

*[signature]*

Sarah A. Bulut

cc: alan.schoenfeld@wilmerhale.com; steven.shuldman@wilmerhale.com   (Chase Attorneys)