Alan E. Schoenfeld
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH A. BULUT,<br><br>                          Plaintiff,<br><br>         v.<br><br>JP MORGAN CHASE BANK, N.A., VISA, INC., and VISA USA, INC.,<br><br>                          Defendants. | Case No. 2:18-cv-09303-JMV-MF<br><br>Judge John Michael Vazquez |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sarah Bulut and Defendants JPMorgan Chase Bank, N.A., Visa Inc., and Visa U.S.A. Inc. hereby stipulate that:

1.     All claims, defenses, motions, and petitions asserted by the parties are dismissed without prejudice; and

2.  Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED:**
Dated: May 28, 2020

_____
Sarah A. Bulut
38 Ward Street
Clifton, NJ 07011
Ph. (646) 641-3028

*Pro Se Plaintiff*


　　　　s/ Alan E. Schoenfeld
_____
Alan E. Schoenfeld
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendants*

SO ORDERED.
s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 5/29/2020